| PROB 22 (Rev. 2/88) | | | DOCKET NO. (Trans Court) CR 03-358-01-KI |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NO. (Rec. Court) RECEIVED |
| NAME OF PROBATIONER/SUPERVISED RELEASEE JAMES ALAN ANDERSON | DISTRICT Oregon | DIVISION IN CLERK'S OFFICE 3:12-0013a-01 | |
| | NAME OF SENTENCING JUDGE The Honorable Garr M. King | | U.S. DISTRICT COURT MID. DIST. TENN. |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/19/11 | TO 2/18/14 |

OFFENSE

Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Effective Date 3/15/12                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date 7/27/12                              United States District Judge  Todd Campbell

Transfer of Jurisdiction (Prob 22-OR) 10/2011