PROB 12A
(Rev. 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>James Anderson</u>  Case Number: <u>3:12-CR-00132-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Garr M. King, District of Oregon, U.S. District Judge; transferred to Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>January 21, 2004</u>

Original Offense: <u>Counts Two, Three, and Four: Bank Robbery, 18 U.S.C. §§ 2113(a) and 2</u>

Original Sentence: <u>92 months' custody and 3 years' supervised release on each count, concurrently</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 20, 2011</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>To be determined</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 24 day of Oct, 2013,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place  Clarksville, TN

Date  October 18, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1.  **The defendant shall not commit another federal, state or local crime.**

    James Anderson was cited on August 30, 2013, in Davidson County, Tennessee, for Simple Possession, Case Number SC1030041. Mr. Anderson attempted to be booked on the aforementioned charge on September 23, 2013, and according to Mr. Anderson, the citation could not be located. A failure to be booked warrant was issued on October 1, 2013. Mr. Anderson turned himself in on the warrant on October 3, 2013, and was released on bond. According to the citation, Mr. Anderson was observed conducting a hand to hand transaction at the Dollar Store on Charlotte Pike. He was stopped by the police and admitted that he bought five Dilaudid pills for $105. The five Dilaudid pills were recovered from his glove box. Mr. Anderson is scheduled to appear in Davidson County General Sessions Court on October 31, 2013.

2.  **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

    James Anderson tested positive for extended opiates, amphetamine, and cocaine on September 3, 2013.

3.  **The defendant shall pay restitution in the amount of $9,905, at the rate of not less than $50 per month.**

    According to the financial litigation unit in the District of Oregon, Mr. Anderson has paid $1,394 toward restitution, leaving a remaining balance of $8,511. Supervision is scheduled to expire on February 18, 2014.

## Compliance with Supervision Conditions and Prior Interventions:

James Anderson commenced the three-year term of supervised release on February 19, 2011. A substance abuse assessment was completed at Centerstone on March 23, 2011. It was recommended by the therapist that he participate in outpatient substance abuse treatment. Mr. Anderson was enrolled in treatment in accordance with the therapist's recommendation. An urine screen collected on February 12, 2012, tested positive for cocaine, opiates, and benzodiazepine on February 12, 2012. Following this relapse, he successfully completed inpatient substance abuse treatment at New Leaf Recovery Program in Cookeville, Tennessee. Mr. Anderson was cited in Davidson County, Tennessee, for possession, casual exchange on October 17, 2012. He also tested positive for cocaine on October 18, 2012. These violations were previously addressed by the Court. The Court ordered that no additional action be taken.

This case was reassigned to the undersigned officer on August 8, 2013. Mr. Anderson reported to the undersigned officer that he was cited for simple possession on August 30, 2013. He provided this information in a timely manner. He admitted his illegal drug use to the undersigned probation officer following the positive urine screen on September 3, 2013. Mr. Anderson has been verbally reprimanded for his action and instructed to participate in outpatient substance abuse treatment. He is also required to submit random weekly urine screens. Mr. Anderson is currently in compliance with substance abuse treatment at Centerstone. All subsequent urine screens have tested negative for the use of controlled substances.

As it relates to restitution, Mr. Anderson has submitted payments of $1,394 toward restitution, leaving a remaining balance of $8,511. Mr. Anderson has been instructed to submit monthly payments of not less than $50 per month toward restitution. He has submitted monthly payments as directed while under the supervision of the undersigned officer. Mr. Anderson is currently employed and resides with his wife and children in Pleasant View, Tennessee.

## U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Should the defendant commit any additional violations or fail to submit payments of $50 per month toward restitution, the Court will be notified in a separate petition with a separate recommendation. The U.S. Attorney's Office has been notified and concurs with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer