PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James Anderson                           Case Number: 3:12-CR-00132-01

Name of Sentencing Judicial Officer: Honorable Garr M. King, District of Oregon, U.S. District Judge; transferred to Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: January 21, 2004

Original Offense: Counts Two, Three, and Four: Bank Robbery, 18 U.S.C. §§ 2113(a) and 2

Original Sentence: 92 months' custody and 3 years' supervised release on each count, concurrently

Type of Supervision: Supervised Release                    Date Supervision Commenced: February 20, 2011

Assistant U.S. Attorney: To be determined                  Defense Attorney: To be determined

---

The Court orders:

☐ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☒ Other _Terminate Supervision still owing Restitution, as Recommended, 2/18/14._

Considered this 13 day of Dec, 2013,
and made a part of the records in the above case.

_Todd Campbell_
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_Lisa L. House_
Lisa L. House
U.S. Probation Officer

Place          Clarksville, TN

Date           December 11, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall pay restitution in the amount of $9,905, at the rate of not less than $50 per month.** |

According to the financial litigation unit in the District of Oregon, Mr. Anderson has paid $1,494 toward restitution, leaving a remaining balance of $8,411. Supervision is scheduled to expire on February 18, 2014.

## Compliance with Supervision Conditions and Prior Interventions:

James Anderson commenced the three-year term of supervised release on February 19, 2011. He has experienced issues during the supervision period with substance abuse by testing positive on February 12, 2012, October 18, 2012, and September 3, 2013. He completed an inpatient substance abuse treatment program on May 3, 2012. Mr. Anderson currently participates in outpatient substance abuse treatment as directed. He also submits to random weekly urine screens. All screens subsequent to the September 3, 2013, urine screen have tested negative for the use of controlled substances. Mr. Anderson was cited in Davidson County, Tennessee, for Possession, Casual Exchange on October 17, 2012. He was also cited in Davidson County, Tennessee, for Simple Possession on August 30, 2013. All violations were reported to the Court and have been previously addressed.

As it relates to restitution, Mr. Anderson has submitted payments of $1,494 toward restitution, leaving a remaining balance of $8,411. Mr. Anderson has been instructed to submit monthly payments of not less than $50 per month toward restitution. He has submitted monthly payments as directed while under the supervision of the undersigned officer. Mr. Anderson is currently employed and resides with his wife and children in Pleasant View, Tennessee.

## U.S. Probation Officer Recommendation:

It is recommended Mr. Anderson be allowed to terminate from supervision still owing restitution. Should he not continue to make payments after he expires from supervision, the U.S. Attorney's Office has the option to seek garnishment of his income or place a lien on any property he may acquire. Jimmie Lynn Ramsaur, Assistant U.S. Attorney, has been notified and concurs with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer